IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARIA A. WALLIS | § | |
| | § | CIVIL ACTION NO. 6:14cv558 |
| v. | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation (R&R) recommends that the Commissioner's Unopposed Motion to Remand Pursuant to Sentence Six (docket entry #9) be granted and that this Social Security case should be remanded to the Commissioner pursuant to sentence six of 42 U.S.C. 405(g) in order for the Appeals Council to remand the case to an administrative law judge to consider the additional evidence it received and issue a new decision. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Commissioner's Unopposed Motion to Remand Pursuant to Sentence Six (docket entry #9) is hereby **GRANTED** and this Social Security action is hereby **REMANDED** pursuant to the sixth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the opinion herein. It is further

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED**. Any party may ask that the cause of action be returned to the active docket in order to proceed before the Court or for the purpose of filing a joint motion to dismiss the case. It is finally

**ORDERED** that any motion not previously ruled on is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 5th day of November, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE